UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Marco Antonio Gahuin Aisalla,

                Petitioner,

      -against-

Kristi Noem, *et al.*,

                Respondents.
------------------------------------------------------------------X

**ORDER**
26-CV-01123 (DG)

DIANE GUJARATI, United States District Judge:

On February 26, 2026, Petitioner Marco Antonio Gahuin Aisalla filed a "Petition for a

Writ of Habeas Corpus Under 28 U.S.C. § 2241." *See* Petition, ECF No. 1.  The Petition

identified Petitioner's "[p]lace of confinement" as Mesa Verde Detention Center in Bakersfield,

California, which is within the Eastern District of California.  *See* Petition at 1; 28 U.S.C.

§ 84(b).  On March 2, 2026, the Court directed Petitioner to "indicate whether Petitioner requests

that this action be transferred to the United States District Court for the Eastern District of

California or whether Petitioner instead seeks dismissal of this action without prejudice."  *See*

March 2, 2026 Order (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) and *Ozturk v. Hyde*,

136 F.4th 382, 390-92 (2d Cir. 2025)).  On March 2, 2026, Petitioner filed a letter requesting

"that this action be transferred to the United States District Court for the Eastern District of

California."  *See* ECF No. 5.  On March 3, 2026, Respondents filed a letter "join[ing]

Petitioner's request that this action be transferred to the Eastern District of California."  *See* ECF

No. 6.

The transfer request is granted and the Clerk of Court is directed to transfer this action to

the United States District Court for the Eastern District of California.  *See Rumsfeld*, 542 U.S. at

443; *Ozturk*, 136 F.4th at 390-92; 28 U.S.C. § 1631.[1]

The provision of Local Civil Rule 83.1 requiring a seven-day delay between a transfer order and the effectuation of the transfer is waived.

The Clerk of Court is directed to close this case.

SO ORDERED.

/s/ Diane Gujarati
DIANE GUJARATI
United States District Judge

Dated: March 3, 2026
Brooklyn, New York

---

[1] Upon review of the record to date and under the circumstances here, the Court has concluded that transfer is in the interest of justice. Notably, Respondents do not request that the Court dismiss – rather than transfer – the action.